UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 85-00350-CR-COHN

UNITED STATES OF AMERICA,

v.

CARLETHA VENICE THOMAS,

    Defendant.
_____/

## ORDER DENYING MOTION TO EXPUNGE

**THIS CAUSE** is before the Court on Defendant Carletha Venice Thomas's Requested Expungement of Case [DE 21]. The Court has considered the request, the Government's response [DE 25], and is otherwise advised in the premises.

Ms. Thomas seeks expungement of her conviction of Importation of Cocaine into the United Sates in 1985. Ms. Thomas successfully completed her four-year prison sentence and three years of special parole. Her reason for seeking expungement is that the expiration of sentence was over twenty-three years ago, she has not been in trouble with the law since, and she is now married with five children.

The Court finds that Ms. Thomas has alleged no special circumstances that would give rise to this extraordinary remedy. The validity of the conviction was never questioned and there was no evidence of government misconduct. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant Carletha Venice Thomas's Requested Expungement of Case [DE 21] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 31st day of May, 2011.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Carletha Venice Thomas, *pro se*
10966 SW 247 Terrace
Homestead, FL 33032